DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| United States of America, ) | |
| ) | CASE NO. 1:04 CR 400-003 |
| Plaintiff, ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| Sherrie Stroup, ) | |
| ) | |
| Defendant. ) | |
| ) | |

A hearing was conducted on November 22, 2010, regarding a petition filed by the U.S. Probation Office regarding violations of the defendant of the terms and conditions of supervised release. The defendant, Sherrie Stroup, and her counsel, John Gibbons, appeared, along with AUSA Ed Feran and Probation Officer Lisa Surman. A report and recommendation was filed on October 6, 2010. The Court adopts the report and recommendation of Magistrate Judge Benita Y. Pearson and finds the defendant in violation of her terms and conditions of supervised release as stated in the Violation Report.

IT IS ORDERED that the defendant serve thirty (30) days in residential treatment at Community Assessment Foundation, followed by six (6) months at Oriana House. Drug treatment will continue at Community Assessment with intensive outpatient treatment as a step-down program. Defendant to be referred for mental health individual counseling weekly, along with psychiatric care for medication monitoring. The period of supervised release will continue, but the Court will consider terminating the supervised release if requested by the filing of a

(1:04 CR 400-003)

motion upon release from Oriana House.

| | |
|---|---|
| 11/22/2010 | *s/ David D. Dowd, Jr.* |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |